**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                             PLAINTIFF

v.                                              NO. 4:06CR00309-01 JLH

BRIAN EDWARD SHIELDS                                                                              DEFENDANT

**ORDER**

Court convened on this date for a hearing on the government's motion and supplemental motions to revoke defendant's supervised release. Documents #62, #66 and #68. Assistant United States Attorney Pat Harris was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Kim Driggers. United States Probation Officer Jason Jordan was also present.

Upon inquiry from the Court, the defendant did not contest the allegations contained in the motions. Following statements from counsel and the defendant, the Court found that the motions to revoke should be denied, and instead determined that defendant's present conditions of supervised release should be modified. Documents #62, #66, and #68.

IT IS THEREFORE ORDERED that the defendant's conditions of supervised release are hereby modified to include the following:

- The defendant must participate in and successfully complete an in-patient substance abuse treatment program as directed by the United States Probation Office for a period of time to be determined.

- Upon successful completion of the substance abuse treatment program, defendant will enter a chemical-free living program for a period of time as directed by the United States Probation Office.

In the event the defendant is found to be in violation of his conditions of supervised release, or is terminated from either the in-patient substance abuse treatment program or the chemical-free

living program, the government is directed to submit the appropriate motion and the Court will conduct a hearing.

All other conditions of supervised release remain in full force and effect as previously imposed.

IT IS SO ORDERED this 19th day of March, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE